UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HERRMANN LAW GROUP, a domestic corporation,<br><br>Plaintiff,<br><br>v.<br><br>QUN QING LIANG and "JOHN DOE" LIANG, individually and the marital community comprised thereof, and MEDICARE, a government entity,<br><br>Defendants. | CASE NO. 2:24-cv-00734-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) On July 12, 2024, the Court issued an order requiring the parties to file a Joint Status Report (JSR) in this matter by August 15, 2024. Dkt. # 8. On August 19, 2024, Plaintiff and Defendant CMC filed a JSR. Dkt. # 11. But Defendant Liang neither provided input for, nor signed, the JSR.

The Court ORDERS that counsel for Plaintiff file a motion for entry of default as to Defendant Liang September 17, 2024, or show cause by that date why a motion for entry of

MINUTE ORDER - 1

default is not appropriate at this time.  If no such action is taken by that date, the Court will dismiss this matter without prejudice for lack of prosecution.

(2)  The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 10th day of September 2024.

<u>Ravi Subramanian</u>
Clerk

<u>/s/Ashleigh Drecktrah</u>
Deputy Clerk

MINUTE ORDER - 2