UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **HERRMANN LAW GROUP,** a domestic corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**QUN QING LIANG and "JOHN DOE",** individually and the marital community comprised thereof; and **MEDICARE,** a government entity,<br><br>Defendants. | No. **2:24-CV-00734-JHC**<br><br><br>**ORDER** |

Further to the Court's order at Dkt. # 17, the Court DIRECTS Plaintiff Herrmann Law Group to deliver a copy of this order along with the disputed funds in the principal amount of $16,626.86 to the Clerk of Court for deposit. The Court DIRECTS the Clerk to deposit funds into the Registry of the Court pursuant to LCR 67(a). After such deposit, Herrmann Law Group's obligations concerning the money are discharged.

/

/

ORDER

1

Dated this 1st day of October, 2024.

John H. Chun
United States District Judge

ORDER
2