UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HERRMANN LAW GROUP, a domestic corporation,<br><br>Plaintiff,<br><br>v.<br><br>QUN QING LIANG and "JOHN DOE" LIANG, individually and the marital community comprised thereof, and MEDICARE, a government entity,<br><br>Defendants. | CASE NO. 2:24-cv-00734-JHC<br><br>ORDER |

On October 1, 2024, the Court ordered Plaintiff Hermann Law Group to deliver the disputed funds, in the principal amount of $16,626.86, to the Clerk of the Court for deposit. Dkt. # 20. It has been over two months since the Court's Order and Plaintiff has not deposited the funds. *See generally* Dkt.

If the funds are not deposited by January 15, 2025, the Court may dismiss this matter without prejudice.

/

/

ORDER - 1

1   Dated this 17th day of December, 2024.

                                    *John H. Chun* (signature)

                                    John H. Chun
                                    United States District Judge

ORDER - 2