**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| **HERRMANN LAW GROUP,** a domestic corporation<br><br>Plaintiff,<br>vs.<br><br>**QUN QING LIANG and "JOHN DOE",** individually and the marital community comprised thereof; and **MEDICARE,** a government entity<br><br>Defendants. | No. 2:24-CV-00734-JHC<br><br><br><br><br>ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE EXHIBIT |

Before the Court is Plaintiff's unopposed Motion to Substitute Exhibit. Dkt. # 27. For the reasons stated therein, the Court DIRECTS the Clerk to seal the exhibit at Dkt. # 23-1. The Court will consider the redacted exhibit, attached to the Declaration of Anthony Marsh, Dkt. # 28-1, as the exhibit to Dkt. # 23.

Dated this 17th day of March, 2025.

_____
John Chun
United States District Judge

ORDER ON PLAINTIFF'S MOTION
TO SUBSTITUTE EXHIBIT                    1