# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HERRMANN LAW GROUP, a domestic corporation,<br><br>　　　　　　Interpleading Plaintiff,<br><br>　　v.<br><br>QUN QING LIANG and "JOHN DOE" LIANG, individually and the marital community comprised thereof, and MEDICARE, a government entity,<br><br>　　　　　　Claimants/Defendants. | Case No. 2:24-cv-00734-JHC<br><br>ORDER GRANTING MOTION TO REOPEN AND MOTION TO DISBURSE INTERPLEADER FUNDS TO DEFENDANT CMS |

The Court, having reviewed the pleadings and materials in this case, it is hereby ORDERED that:

Defendant CMS' Motion to Reopen and Motion to Disburse funds, Dkt. # 31, is **GRANTED**. This case is reopened for the limited purpose of addressing Defendant CMS's Motion to Disburse Interpleader Funds.

The Court finds that CMS has a priority interest to the principal amount of $16,626.86 deposited into the Court Registry on October 22, 2024, by Hermann Law Group (Receipt # SEA200006002). The Clerk of the Court is therefore authorized and directed to disburse the

principal amount of $16,626.86 plus all accrued interest to CMS, payable to "Medicare" and mail the check to the following address: CMS, P.O. Box 138832, Oklahoma City, OK 138832. The check and/or transmittal letter shall reference Medicare Number 650240739M and Case ID Number 20151 12090 01773.

**IT IS SO ORDERED.**

DATED this 2nd day of May, 2025.

_____
JOHN H. CHUN
United States District Judge